IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>Anthony M. Parks<br>148 Hopewell Church Rd<br>Milledgeville  GA  31061<br><br>ACCOUNT NO.  9197 | CHAPTER 13<br><br>Case Number: 17-51795-AEC<br><br>Attorney: SHARON R. JONES |

Notice of Objection to Claim Number 10

CAMILLE HOPE, CHAPTER 13 TRUSTEE, HAS FILED AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE.

**Your claim may be reduced, modified, or eliminated.** You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. **If you do not have an attorney, you may wish to consult one.**

If you do not want the court to eliminate or change your claim, then you or your attorney shall file with the court a written response to the objection on or before **May 10, 2018**.  Pursuant to FRBP 9006(f), if you are receiving this notice by mail, you may add 3 days to the response date stated above. The objection or response should be sent to:

Clerk, U. S. Bankruptcy Court
Middle District of Georgia
P. O. Box 1957
Macon, Georgia 31202-1957

**If a response is filed, a hearing on the objection to your claim shall be held on:**

**MAY 23, 2018 AT  9:30:00AM IN
COURTROOM B, U.S. BANKRUPTCY COURT, 433 CHERRY STREET, MACON, GEORGIA.**

If you mail your response to the court for filing, you shall send it early enough so the court will  **receive** the response on or before the response date stated above.

Any response shall also be served on the objecting party.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

This notice is sent by the undersigned pursuant to FRBP 3007(a).

Dated:  April 28, 2018

| | |
|---|---|
| **CAMILLE HOPE, TRUSTEE**<br>**MIDDLE DISTRICT OF GA**<br>**P.O. BOX 954**<br>**MACON, GA  31202-0954**<br>**TELEPHONE (478) 742-8706)**<br>**docomt@chapter13macon.com** | **KYLE GEORGE, CLERK**<br>**UNITED STATES BANKRUPTCY COURT**<br>**P.O. BOX 1957**<br>**MACON, GA 31202-1957**<br>**TELEPHONE (478) 752-3506** |

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Anthony M. Parks<br>148 Hopewell Church Rd<br>Milledgeville GA 31061<br><br>**ACCOUNT NO.** 9197 | **CHAPTER 13**<br><br>**Case Number:** 17-51795-AEC<br><br>**Attorney:** SHARON R. JONES |

## Objection to Claim Number 10

Now comes the Chapter 13 trustee and files this her objection to the claim of LVNV FUNDING LLC in the amount of $701.81, designated as claim number 10 in the Court's records.

The claim is barred by the statute of limitations under Georgia law and, therefore, should be disallowed.

**WHEREFORE**, the Trustee prays that the Court enter an order disallowing the claim of LVNV FUNDING LLC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the attached document was sent via (1) electronic notice to parties who are ECF Filers and Consenting Users, (2) electronic notice to ECF Filers and Consenting Users who represent parties, (3) postage prepaid U.S. mail to all other interested parties at their addresses shown below, and (4) certified U.S. mail to the creditor if required.

| | |
|---|---|
| Anthony M. Parks<br>W. Denise Parks<br>148 Hopewell Church Rd<br>Milledgeville GA 31061 | ELECTRONIC SERVICE -<br>SHARON R. JONES<br>NORTHSIDE OFC. PARK., STE. 105<br>187 ROBERSON MILL RD. NE<br>MILLEDGEVILLE GA 31061-4925 |

LVNV FUNDING LLC
c/o RESURGENT CAPITAL SERVICES
P.O. BOX 10587
GREENVILLE SC 29603-0587

| | |
|---|---|
| DATED: April 28, 2018 | /s/ Camille Hope<br>CAMILLE HOPE<br>CHAPTER 13 TRUSTEE<br>MIDDLE DISTRICT OF GA<br>P.O. BOX 954<br>MACON, GA 31202-0954 |